Phillip S. Oberrecht (ISB No. 1904)
David T. Krueck (ISB No. 6246)
Slade D. Sokol (ISB No. 8684)
GREENER BURKE SHOEMAKER OBERRECHT P.A.
Counselors and Attorneys at Law
950 West Bannock Street, Suite 950
Boise, ID  83702
Telephone:  (208) 319-2600
Facsimile:  (208) 319-2601
Email: poberrecht@greenerlaw.com
           dkrueck@greenerlaw.com
           ssokol@greenerlaw.com

Attorneys for Defendant/Counterclaimant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ADA COUNTY HIGHWAY DISTRICT,<br><br>            Plaintiff/Counter-Defendant,<br><br>v.<br><br>RHYTHM ENGINEERING, LLC, a<br>Kansas limited liability company,<br><br>            Defendant/Counterclaimant. | Case No. 1:15-CV-00584-CWD<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COME NOW Plaintiff, Ada County Highway District, and Defendant, Rhythm Engineering, LLC, by and through their undersigned counsel of record, and hereby stipulate to the dismissal of this action with prejudice, each party to bear their own costs and attorney fees.

DATED THIS 29th day of January, 2018.

HOLLAND & HART LLP


By */s/ Scott D. Hess*_____
    Scott D. Hess / Alexandra S. Grande
Attorneys for Plaintiff

**STIPULATION FOR DISMISSAL WITH PREJUDICE - Page 1**

DATED THIS 29th day of January, 2018.

GREENER BURKE SHOEMAKER OBERRECHT P.A.


By _/s/ Phillip S. Oberrecht_____
    Phillip S. Oberrecht/David T. Krueck/Slade D. Sokol
Attorneys for Defendant



<u>CERTIFICATE OF SERVICE</u>

    I HEREBY CERTIFY that on the 29th day of January, 2018, I electronically filed the foregoing document, with the U.S. District Court using the CM/ECF system which sent a Notice of Electronic Filing to the CM/ECF Registered Participants, including:

| Scott D. Hess | sdhess@hollandhart.com |
| Alexandra S. Grande | asgrande@hollandhart.com |

and all others noted on the Notice of Electronic Filing.


    _/s/ Phillip S. Oberrecht_____
Phillip S. Oberrecht/David T. Krueck/Slade D. Sokol

**STIPULATION FOR DISMISSAL WITH PREJUDICE - Page 2**