UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ADA COUNTY HIGHWAY DISTRICT,<br><br>Plaintiff/Counter-defendant,<br><br>v.<br><br>RHYTHM ENGINEERING, LLC, a<br>Kansas limited liability company,<br><br>Defendant/Counterclaimant. | Case No. 1: 15-CV-00584-CWD<br><br>**ORDER DISMISSING CASE WITH PREJUDICE (DKT. 85)** |

Based upon the Stipulation for Dismissal with Prejudice (Dkt. 85), signed by the

parties through their attorneys of record, this case is dismissed with prejudice with each

party bearing their own costs and attorney's fees.

The Clerk is ordered to close this case.

**IT IS SO ORDERED.**

Dated: **January 29, 2018**

Honorable Candy W. Dale
United States Magistrate Judge